`

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES W. SWAYNE, | |
| Plaintiff, | |
| v. | Civil Action No. 10-3969 |
| MOUNT JOY WIRE CORPORATION | |
| Defendant. | Jury Trial Demanded |

### DEFENDANT'S MOTION FOR SANCTIONS
### PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW, Defendant Mount Joy Wire Corporation (hereinafter "Defendant"), by counsel, and, for the reasons set forth in the accompanying brief, requests that this Honorable Court to enter an Order imposing sanctions under Federal Rule of Civil Procedure 11 upon Plaintiff James W. Swayne (hereinafter "Plaintiff") and Plaintiff's counsel, the law firm of Renteria & Goldstein.

BARLEY SNYDER LLC

By: */s/ Stephanie Carfley*
Stephanie Carfley, Esquire
Attorneys for Defendant Mount Joy
Wire Corporation

126 East King Street
Lancaster, PA  17602-2893
Tel:  (717) 299-5201
Fax: (717) 291-4660
scarfley@barley.com
Pa. Attorney I.D. No. 79136

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Sanctions, and Brief In Support Thereof, Pursuant to Federal Rule of Civil Procedure 11 is being filed this 15th day of September, 2010 through the Court's ECF System and is available for viewing and is being served electronically through the ECF System upon Plaintiff as follows:

> Michelle E. Goldstein, Esq.
> Renteria & Goldstein
> 53 North Duke Street, Suite 203
> Lancaster, PA 17602

In addition to the above, a copy of the foregoing Motion has been hand-delivered to Plaintiff's counsel at the address set forth above.

BARLEY SNYDER LLC

By: */s/ Stephanie Carfley*
    Stephanie Carfley, Esquire
    Attorneys for Defendant Mount Joy
    Wire Corporation

    126 East King Street
    Lancaster, PA  17602-2893
    Tel:  (717) 299-5201
    Fax: (717) 291-4660
    scarfley@barley.com
    Pa. Attorney I.D. No. 79136